**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **William Ellington** | ) |
| | ) Case No.: 1:10-cv-311 |
| | ) |
| *Plaintiff*, | ) Judge: Solomon Oliver, Jr. |
| | ) |
| v. | ) Magistrate Judge Greg White |
| | ) |
| **City of East Cleveland, et al.** | ) |
| | ) **PLAINTIFF'S NOTICE OF APPEAL** |
| | ) |
| *Defendants.* | ) |

Notice is hereby given that William Ellington, the sole Plaintiff in the above-named case, hereby appeals to the United State Court of Appeals for the Sixth Circuit from the Order granting summary judgment to Defendants [DN 21] and the Judgment Entry [DN 22], entered in this action on May 31, 2011.

Respectfully submitted,

*s/ Bruce B. Elfvin*
Bruce B. Elfvin (#0015694)
bbe@elfvinbesser.com
Barbara Kaye Besser (#0017624)
bkb@elfvinbesser.com
Stuart Torch (#0079667)
stuart.torch@elfvinbesser.com

ELFVIN & BESSER
4070 Mayfield Road
Cleveland, Ohio  44121
216.382.2500 (voice)
216.381.0250 (fax)

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      A true and correct copy of the foregoing **PLAINTIFF'S NOTICE OF APPEAL** was served on all parties via the Court's electronic docketing system.

<u>June 27, 2011</u>　　　　　　　　　　　　　　　*s/ Bruce B. Elfvin*
Date　　　　　　　　　　　　　　　　　　　　One of the attorneys for Plaintiff

　　　　　　　　　　　　　　　　　　　　　　　　　　　1312.2\plead\NoticeofAppeal